IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 2:21-CV-00063
2. Style of case: BRENT ROGERS vs UNITED STATES LIABILITY INSURANCE COMPANY
3. Nature of suit: CONTRACT DISPUTE.
4. Method of ADR used:   **X Mediation**      ☐ Mini-Trial      ☐ Summary Jury Trial
5. Date ADR session was held: 06/03/21
6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.          ☐ Settled, in part, as result of ADR

   ☒ Settled as a result of ADR.               ☐ Parties were unable to reach settlement.
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $3,200.00
8. Duration of ADR: Full Day   (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

   KENNETH J RUBENSTEIN – MEDIATOR
   BENJAMIN DOYLE – PLA ATTY
   DANIEL BUECHLER – DEF ATTY

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    //KENNETH RUBNESTEIN//

    Signature

    June 10, 2021
    Date

    4514 Cole Avenue, Dallas, TX 75205-4181
    Address

    (214)528-1411
    Telephone