IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BRENT ROGERS DBA RON'S CAR WASH AND TIKI HUT | § § § | |
| *Plaintiff*, | § § | |
| V. | § § | CIVIL ACTION NO. 2:21-CV-00063-Z-BR |
| UNITED STATES LIABILITY INSURANCE COMPANY | § § § § | |
| *Defendant*. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Brent Rogers DBA Ron's Car Wash and Tiki Hut and Defendant United States Liability Insurance Company hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff Brent Rogers DBA Ron's Car Wash and Tiki Hut's claims against Defendant United States Liability Insurance Company are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED this the 2nd day of July, 2021.

*[Signature of counsel appear on the following page]*

Respectfully submitted,

| | |
|---|---|
| */s/ Benjamin D. Doyle\** <br> Benjamin D. Doyle <br> State Bar No.: 24080865 <br> bdoyle@sjblawfirm.com <br><br> STOCKARD, JOHNSTON <br> BROWN & NETARDUS, P.C. <br> P.O. Box 3280 <br> Amarillo, Texas 79116-3280 <br> (806) 372-2202 - Telephone <br> (806) 379-7799 - Fax <br><br> **ATTORNEYS FOR PLAINTIFF BRENT ROGERS DBA RON'S CAR WASH AND TIKI HUT** <br><br> *Signed with permission | */s/ Daniel P. Buechler* <br> Daniel P. Buechler <br> State Bar No. 24047756 <br> dbuechler@thompsoncoe.com <br> Matthew J. Kolodoski <br> State Bar No. 24081963 <br> mkolodoski@thompsoncoe.com <br><br> THOMPSON, COE, COUSINS & IRONS, LLP <br> 700 N. Pearl Street, 25th Floor <br> Dallas, Texas 75201-2832 <br> Telephone: (214) 871-8200 <br> Facsimile: (214) 871-8209 <br><br> **ATTORNEYS FOR DEFENDANT UNITED STATES LIABILITY INSURANCE COMPANY** |

## CERTIFICATE OF SERVICE

This is to certify that on July 2, 2021, a true and correct copy of the foregoing was delivered to counsel for Plaintiff in accordance with the Federal Rules of Civil Procedure:

Benjamin D. Doyle
STOCKARD, JOHNSTON
BROWN & NETARDUS, P.C.
P.O. Box 3280
Amarillo, Texas 79116-3280
bdoyle@sjblawfirm.com
ATTORNEYS FOR PLAINTIFF
BRENT ROGERS DBA RON'S
CAR WASH AND TIKI HUT

*/s/ Matthew J. Kolodoski*
Matthew J. Kolodoski