IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| BRENT ROGERS DBA RON'S CAR WASH AND TIKI HUT | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:21-CV-63-Z |
| UNITED STATES LIABILITY INSURANCE COMPANY | § § § | |
| Defendant. | § § | |

## ORDER

The Court acknowledges the parties' Joint Stipulation of Dismissal **WITH PREJUDICE** pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii) filed on July 2, 2021. ECF No. 14. Accordingly, this case has been terminated. The Court hereby **ORDERS** the United States District Clerk to **CLOSE** this civil case. Each party shall bear its own fees and costs.

**SO ORDERED**.

July 6, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE